**EXHIBIT 1**

**DsclsDue**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 25-11157-smr

*Date filed:* 07/30/2025
*341 meeting:* 09/02/2025
*Deadline for filing claims:* 12/01/2025

*Assigned to:* Bankruptcy Judge Shad Robinson
Chapter 11
Voluntary
Asset

*Debtor*
**Dalio Holdings I LLC**
1001 W. Loop S, Ste 700
Houston, TX 77027
HARRIS-TX
Tax ID / EIN: 83-0665759

represented by **Ronald J Smeberg**
Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248
(210) 695-6684
Fax : (210) 598-7357
Email: ron@smeberg.com

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 07/30/2025 | 1 (12 pgs) | Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025, (Smeberg, Ronald) |
| 07/30/2025 | 2 (1 pg) | Order Reassigning Case. Christopher G Bradley terminated from the case. Judge Shad Robinson assigned to case. (Order entered on 7/30/2025) (Boyd, Laurie) |
| 07/30/2025 | | ICC-Fee Terminated for Voluntary Petition Chapter 11( 25-11157) [misc,volp11] (1738.00), Amount $1738.00, Receipt A25558061 (re:Doc# 1) (U.S. Treasury) |
| 07/31/2025 | | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) |
| 07/31/2025 | 3 (2 pgs) | 341 Meeting of Creditors **Set For 9/2/2025 at 10:00 AM, Via Phone: (866)711-2282; Code: 3544189#- Proofs of Claim Due 12/1/2025** (Benitez, Estella) |
| 08/01/2025 | 4 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 2 Order Reassigning Case. Christopher G Bradley terminated from the case. Judge Shad Robinson assigned to case. (Order entered on 7/30/2025)) Notice Date 08/01/2025. (Admin.) |

| | | |
|---|---|---|
| 08/02/2025 | 5<br>(4 pgs) | BNC Certificate of Mailing (Related Document(s): 3 341 Meeting of Creditors **Set For 9/2/2025 at 10:00 AM, Via Phone: (866)711-2282; Code: 3544189#- Proofs of Claim Due 12/1/2025** ) Notice Date 08/02/2025. (Admin.) |
| 08/05/2025 | 6<br>(1 pg) | Notice of Appearance and Request for Service of Notice filed by Tara L. Grundemeier for Creditors Houston ISD, Houston Community College System, City of Houston. (Grundemeier, Tara) |
| 08/11/2025 | 7<br>(1 pg) | Declaration For Electronic Filing Due Notice Sent to Attorney for Debtor(s). (Related Document(s): 1 Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025, (Smeberg, Ronald)) - **Declaration for Electronic Filing due by 08/25/2025.** (Admin) |
| 08/13/2025 | 8<br>(33 pgs) | Schedules, Statements, and Summary filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/20/2025 (Smeberg, Ronald) |
| 08/13/2025 | 9<br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): 7 Declaration For Electronic Filing Due Notice Sent to Attorney for Debtor(s). (Related Document(s):1Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025, (Smeberg, Ronald)) - **Declaration for Electronic Filing due by 08/25/2025.** (Admin)) Notice Date 08/13/2025. (Admin.) |
| 08/14/2025 | 10 | Declaration for Electronic Filing (Restricted Document) filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. (Smeberg, Ronald) (Related Document(s): 1 Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025,) |
| 08/14/2025 | 11 | Declaration for Electronic Filing (Restricted Document) filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. (Smeberg, Ronald) (Related Document(s): 8 Schedules, Statements, and Summary filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/20/2025) |
| 08/15/2025 | 12<br>(2 pgs) | Notice of Appearance and Request for Service of Notice filed by Tom A Howley for Interested Party WCW Houston Properties LLC. (Howley, Tom) |

| | | |
|---|---|---|
| 08/21/2025 | 13<br>(5 pgs; 3 docs) | Motion to Dismiss Case (21-Day Objection Language) filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC (Attachments: #1 Proposed Order #2 Exhibit Certificate of Service) (Smeberg, Ronald) |
| 08/21/2025 | 14<br>(4 pgs; 2 docs) | Notice of Appearance and Request for Service of Notice filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Service List)(Luttrell, Leslie) |
| 08/22/2025 | 15<br>(14 pgs; 3 docs) | Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order)(Howley, Tom) |
| 08/22/2025 | 16<br>(5 pgs; 3 docs) | Motion to Expedite Hearing filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)(Howley, Tom). Related document(s) 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)(Howley, Tom) |
| 08/22/2025 | 17<br>(2 pgs) | Order Regarding (related document(s): 16 Motion to Expedite Hearing filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)(Howley, Tom). Related document(s) 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)) (Order entered on 8/22/2025) (Boyd, Laurie) |
| 08/23/2025 | 18<br>(3 pgs; 2 docs) | Notice of Hearing filed by Tom A Howley for Interested Party WCW Houston Properties LLC. (Attachments: # 1 Mailing List)(Howley, Tom) (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order)) |
| 08/24/2025 | 19<br>(4 pgs) | BNC Certificate of Mailing (Related Document(s): 17 Order Regarding (related document(s): 16 Motion to Expedite Hearing filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)(Howley, Tom). Related document(s) 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: #1 Service List #2 Proposed Order)) (Order entered on 8/22/2025)) Notice Date 08/24/2025. (Admin.) |
| 08/25/2025 | | **EXPEDITED Hearing to Consider and Act Upon the Following**: (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC ) **Hearing Scheduled For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** ...*COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF HEARING. NOTICE SHOULD INCLUDE... https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245* (Lopez, Jennifer) |

| | | |
|---|---|---|
| 08/25/2025 | 20<br>(41 pgs; 5 docs) | Joinder By Travis Vargo, Court Appointed Receiver filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Service List)(Luttrell, Leslie) (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order)) |
| 08/27/2025 | 21<br>(36 pgs; 4 docs) | Notice of Filing Orders Regarding Appointment of Receiver and Charging Orders filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Exhibit 1 - Amended Receivership Order # 2 Exhibit 2 - Amended Receivership Order # 3 Service List) (Luttrell, Leslie) |
| 08/27/2025 | 22<br>(3 pgs) | Order To Show Cause ((1) Why The Case Was Filed In This District; (2) Why The Court Should Not Impose Sanctions; and (3) Why The Debtor's Case: 1. Should Not Be Transferred To Another District; 2. Should Not Be Dismissed For Lack Of Proper Venue; And Or/ 3. Should Not Be Dismissed With Prejudice.) (related document(s): 1 Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025,) **Show Cause Hearing Set For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** (Order entered on 8/27/2025) (Benitez, Estella) |
| 08/29/2025 | 23<br>(10 pgs; 3 docs) | Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)(Luttrell, Leslie) |
| 08/29/2025 | 24<br>(7 pgs; 3 docs) | Motion to Expedite Hearing filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)(Luttrell, Leslie) (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)) |
| 08/29/2025 | | ICC-Fee Terminated for Motion Relief from Stay( 25-11157-smr) [motion,mrlfsty] ( 199.00), Amount $ 199.00, Receipt A25648218 (re:Doc# 23) (U.S. Treasury) |
| 08/29/2025 | 25<br>(3 pgs) | Exhibit Index and Witness List for Hearing on 9/4/2025 filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Luttrell, Leslie) (Related Document(s): 20 Joinder By Travis Vargo, Court Appointed Receiver filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Service List)(Luttrell, Leslie) (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order))) |

| | | |
|---|---|---|
| 08/29/2025 | 26 (3 pgs; 2 docs) | DEBTORS WITNESS AND EXHIBIT LIST FOR SEPTEMBER 4, 2025, HEARING filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. (Attachments: # 1 Exhibit Certificate of Service) (Smeberg, Ronald) |
| 08/30/2025 | 27 (5 pgs) | BNC Certificate of Mailing (Related Document(s): 22 Order To Show Cause ((1) Why The Case Was Filed In This District; (2) Why The Court Should Not Impose Sanctions; and (3) Why The Debtor's Case: 1. Should Not Be Transferred To Another District; 2. Should Not Be Dismissed For Lack Of Proper Venue; And Or/ 3. Should Not Be Dismissed With Prejudice.) (related document(s): 1 Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025,) **Show Cause Hearing Set For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** (Order entered on 8/27/2025)) Notice Date 08/30/2025. (Admin.) |
| 09/02/2025 | | **EXPEDITED Hearing to Consider and Act Upon the Following**: (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) filed by Leslie M. Luttrell for Interested Party Travis B Vargo ) **Hearing Scheduled For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** ...*COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF HEARING. NOTICE SHOULD INCLUDE... https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245* (Lopez, Jennifer) |
| 09/02/2025 | 28 (3 pgs) | Expedited Notice of Hearing filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Luttrell, Leslie) (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)) |
| 09/02/2025 | 29 (2 pgs) | Order Regarding (related document(s): 24 Motion to Expedite Hearing filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)(Luttrell, Leslie) (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List))) (Order entered on 9/2/2025) (Benitez, Estella) |
| 09/02/2025 | 30 (5 pgs; 2 docs) | Exhibit Index and Witness List for Hearing on 9/4/2025 filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Service List)(Luttrell, Leslie) (Related Document(s): 20 Joinder By Travis Vargo, Court Appointed Receiver filed by Leslie M. Luttrell for Interested Party Travis B Vargo. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Service List)(Luttrell, Leslie) (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Service List # 2 Proposed Order)), **EXPEDITED Hearing to Consider and Act Upon the Following**: (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) filed by Leslie M. Luttrell for Interested Party Travis B Vargo ) **Hearing Scheduled For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** ...*COUNSEL FOR MOVANT IS RESPONSIBLE FOR NOTICE OF HEARING. NOTICE SHOULD INCLUDE*... https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245) |
| 09/02/2025 | 31 (3 pgs; 2 docs) | Debtor's Third Amended Witness and Exhibit List for September 4, 2025 Hearing filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. (Attachments: # 1 Exhibit Certificate of Service)(Smeberg, Ronald) (Related Document(s): 26 DEBTORS WITNESS AND EXHIBIT LIST FOR SEPTEMBER 4, 2025, HEARING filed by Ronald J Smeberg for Debtor Dalio Holdings I LLC. (Attachments: # 1 Exhibit Certificate of Service)) |
| 09/03/2025 | 32 (4 pgs; 2 docs) | Exhibit Index and Witness List for Hearing on September 4, 2025 filed by Tom A Howley for Interested Party WCW Houston Properties LLC. (Attachments: # 1 Service List)(Howley, Tom) (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order)) |
| 09/04/2025 | 33 (152 pgs; 2 docs) | Emergency Motion to Remove Professional filed by Lyndel A. Vargas for Interested Party Ali Choudhri (Attachments: # 1 Proposed Order) (Vargas, Lyndel) |
| 09/04/2025 | 34 (4 pgs) | BNC Certificate of Mailing (Related Document(s): 29 Order Regarding (related document(s): 24 Motion to Expedite Hearing filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)(Luttrell, Leslie) (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List))) (Order entered on 9/2/2025)) Notice Date 09/04/2025. (Admin.) |
| 09/04/2025 |  | <mark>Hearing Held: Case Dismissed</mark>. (Related Document(s): 22 Order To Show Cause ((1) Why The Case Was Filed In This District; (2) Why The Court Should Not Impose Sanctions; and (3) Why The Debtor's Case: 1. Should Not Be Transferred To Another District; 2. Should Not Be Dismissed For Lack Of Proper Venue; And Or/ 3. Should Not Be Dismissed With Prejudice.) (related document(s): 1 Voluntary Petition under Chapter 11 (Non-Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By Dalio Holdings I LLC. -Declaration for Electronic Filing due by 08/6/2025 Chapter 11 Plan Due by 11/28/2025. Disclosure Statement due by 11/28/2025,) **Show Cause Hearing Set For 9/4/2025 at 09:30 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245** (Order entered on 8/27/2025)) (Benitez, Estella) (Entered: 09/05/2025) |

| | | |
|---|---|---|
| 09/04/2025 | | Hearing Held: Approved As Stated On The Record; Receiver's Exhibits 1-9 Admitted; OTC By Court. (Related Document(s): 23 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 199.00 ) filed by Leslie M. Luttrell for Interested Party Travis B Vargo (Attachments: # 1 Proposed Order # 2 Service List)) (Benitez, Estella) (Entered: 09/05/2025) |
| 09/04/2025 | | Hearing Held: Approved; Case To Be Dismissed; Debtor's Exhibits 1,4,5,6,6A,7,8,10,11,12,13,14, WCWH Exhibits 1-8 Admitted - OTC By Court. (Related Document(s): 15 Motion to Dismiss Case For Cause With A Bar To Refiling filed by Tom A Howley for Interested Party WCW Houston Properties LLC (Attachments: # 1 Service List # 2 Proposed Order)) (Benitez, Estella) (Entered: 09/05/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2025 09:17:43 | | | |
| **PACER Login:** | MPoynter | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-11157-smr Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |