**EXHIBIT 5**

CAUSE NO. 2012-27197-D

**F I L E D**
Marilyn Burgess
District Clerk

JUL - 3 2025
Time: 11:20 A.M.
Harris County, Texas
By Jessica Pannell
Deputy

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd.<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF   P-1 |
| V. | §<br>§ | HARRIS COUNTY, TEXAS   CA50 |
| Ali Choudhri et al<br>Defendants | §<br>§<br>§ | 333rd JUDICIAL DISTRICT |

## ORDER SETTING HEARING

It is hereby ORDERED that the following motions are set for oral hearing in the courtroom of the 333rd Judicial District Court on July 30, 2025 at 9:00 a.m.

- Receiver's MOTION TO CONFIRM AUTHORITY CONCERNING TURNOVER OF JUDGMENT DEBTOR'S INTEREST IN DALIO HOLDINGS LLC;

- Receiver's MOTION TO CONFIRM AUTHORITY CONCERNING TURNOVER OF JUDGMENT DEBTOR'S INTEREST IN GALLERIA WEST LOOP INVESTMENT LLC;

- Receiver's MOTION TO CONFIRM AUTHORITY CONCERNING TURNOVER OF JUDGMENT DEBTOR'S INTEREST IN MEANDERING BEND LLC;

- Receiver's MOTION TO CONFIRM AUTHORITY CONCERNING TURNOVER OF JUDGMENT DEBTOR'S INTEREST IN MEMORIAL GLEN COVE LLC; and

- Receiver's MOTION TO CONFIRM AUTHORITY CONCERNING TURNOVER OF JUDGMENT DEBTOR'S INTEREST IN PBAC 507 HOLDINGS, LLC.

If the Receiver files further Motion(s) to Confirm Authority Concerning Turnover of Judgment Debtor's Interest in other limited liability companies, the Receiver may set any such motion for hearing at the same time and date provided that the motion and notice of hearing are filed on or before July 20, 2025.

Signed this 2d day of July, 2025.

Hon. Randy Wilson, Judge Presiding

1