Case 25-03630   Document 6-6   Filed in TXSB on 09/08/25   Page 1 of 6

8/20/2025 12:35 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 104616076
By: Tammie Young
Filed: 8/20/2025 12:35 PM

**EXHIBIT 6**

CAUSE NO. 2012-27197-D

| | | |
|---|---|---|
| Mokaram-Latif West Loop, Ltd. | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Ali Choudhri et al | § | |
| Defendants | § | 333rd JUDICIAL DISTRICT |

## EMERGENCY MOTION TO CONFIRM ACTIVE STATUS OF RECEIVERSHIP, STRIKE MISLEADING FILINGS AND/OR FOR ZOOM STATUS CONFERENCE

TO THE HONORABLE JUDGE RANDY WILSON:

Travis Vargo, Turnover Receiver appointed by this Court, motions for Orders confirming the status of the receivership, and Striking Misleading Filings made by Ali Choudhri ("Debtor"), and/or setting a zoom status conference. In support, Receiver shows:

### BACKGROUND

1. On August 11, 2025, Debtor filed a document titled "Choudhri Supersedeas with Alternative Security" in this case (the "8/11-Filing"). In the 8/11-Filing, Debtor proposes to post civil judgments and "an interest" (not membership) in an LLC that owns the "Beal Bank Building" on the corner of Loop 610 and Westheimer.

2. The status and existence of Debtor's interest in the LLC is currently disputed by Judgment Creditor, Osama Abdullatiff. Further, if Debtor owns an interest in the LLC, the value has not been determined nor have the claims for distributions flowing from the interest. Debtor's former attorney, Andy Taylor, opined that the legal claims needed to adjudicate Debtor's interest in the Beal Bank Building and entitlement to distributions from it were virtually worthless. Receiver filed and set a motion in the "D-Case" to approve the settlement of the "C-Case" in exchange for a payment of $100,000 USD and eagerly awaits a ruling.

3.	While it seems obvious that a Debtor cannot simply identify things (assets) that he may or may not own and ascribe a value to them without a hearing or support for the value, Debtor is nevertheless announcing that the receiverships created in this case and the "2012-D-Case" are superseded.  Supersedeas is governed by Tex. R. App. P. 24 and the 8/11-Filing does not follow or satisfy it.

4.	The Court was prepared to address Debtor's novel arguments at the August 13 Show Cause Hearing, but Debtor improperly removed this case to a U.S. Western District of Texas Bankruptcy Court.  The case has since been remanded and Receiver respectfully requests written orders from this Court so that the Receiver does not waste time, money, and resources.

## THE EMERGENCIES

5.	Debtor, in his individual capacity, is prosecuting dozens of lawsuits in state courts and making objections in federal bankruptcy courts.  Receiver is actively negotiating with several counterparties to settle/sell legal claims filed in state court lawsuits and objections being made by the Debtor in bankruptcy proceedings (assets of the receivership).  An example of state court cases ripe for settlement include "the George Lee cases" which may be imminently assigned to trial.  An example of federal bankruptcy court objections is Debtor's objections to a "9019" in the 1001 WL LLC bankruptcy pending in the Austin Division of the U.S. Western District of Texas, a proposed settlement and compromise between the US Trustee and a creditor in the bankruptcy.  Obviously, settlement leverage (the money the Receiver can get from counterparties) will be significantly reduced, if not altogether eliminated, if legal claims are being considered adjudicated in favor of counterparties.  Receiver prays that the Court will promptly enter an Order that will allow the Receiver to capture value associated with Debtor's legal claims.

6.       Receiver is spending time, money and resources in furtherance of the Turnover Orders. For example, Receiver has engaged bankruptcy counsel who is working by the hour to get cases remanded, lift stays, consolidate cases, etc.  If this case is stayed, Receiver needs to know so that the receivership estate does not continue to incur costs.  These costs are being incurred daily as a result of the number of bankrupt entities associated with Debtor Choudhri.

## STALEMATE

7.       Debtor waves the 8/11-Filing around like a flag.  He will undoubtedly contend that Receiver has no authority to settle/sell claims and objections and/or take any legal positions relating to the assets of the receivership.  Other courts will likely proceed with caution or be confused and therefore do nothing to allow the receiver to administer the receivership.  Without a prompt ruling declaring the Receivership is active, Debtor is getting exactly what he wants, a delay in collection activities.

## PRAYER

Receiver prays for an order consistent with the aforementioned motions.

Respectfully Submitted,

By:      /s/Travis B. Vargo
         Travis Vargo
         State Bar No. 24047027
         12012 Wickchester, Suite 670
         Houston, TX 77079
         (713) 524-2441 telephone
         (832) 779-8838 facsimile
         tvargo@vargolawfirm.com

COURT APPOINTED RECEIVER

## CERTIFICATE OF SERVICE

    I hereby certify on the 20th day of August, 2025, a true and correct copy of the foregoing was served on all counsel of record.

                                                                By: /s/Travis B. Vargo
                                                                     Travis Vargo

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Travis Vargo
Bar No. 24047027
eservice@vargolawfirm.com
Envelope ID: 104616076
Filing Code Description: Motion (No Fee)
Filing Description: EMERGENCY MOTION TO CONFIRM ACTIVE STATUS OF RECEIVERSHIP, STRIKE MISLEADING FILINGS AND/OR FOR ZOOM STATUS CONFERENCE
Status as of 8/20/2025 1:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Funk | | sfunk@grayreed.com | 8/20/2025 12:35:57 PM | SENT |
| Leigh Malinowski | | lmalinowski@grayreed.com | 8/20/2025 12:35:57 PM | SENT |
| Preston Kamin | | pkamin@grayreed.com | 8/20/2025 12:35:57 PM | SENT |
| Jennifer LMacGeorge | | jmac@jlm-law.com | 8/20/2025 12:35:57 PM | SENT |
| MacGeorge Law Firm Admin | | service@jlm-law.com | 8/20/2025 12:35:57 PM | SENT |
| Justin Rayome | | justin.r@jetallcapital.com | 8/20/2025 12:35:57 PM | SENT |
| Brandi RWilliams | | brwilliams@akingump.com | 8/20/2025 12:35:57 PM | SENT |
| Ali Choudhri | | ali@jetallcpapital.com | 8/20/2025 12:35:57 PM | SENT |
| Ali Choudhri | | ali@jetallcapital.com | 8/20/2025 12:35:57 PM | SENT |
| Azhar Chaudhary | | chaudharylawfirm@gmail.com | 8/20/2025 12:35:57 PM | SENT |
| James Pope | | jamesp@thepopelawfirm.com | 8/20/2025 12:35:57 PM | SENT |
| Averyll Mauch | | amauch@Mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Sharon D.Jones | | sdjones@grayreed.com | 8/20/2025 12:35:57 PM | SENT |
| Simone Nunez | | snunez@mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Azhar M. Chaudhary | | attorney@Chaudharyjd.com | 8/20/2025 12:35:57 PM | SENT |
| Rodney Drinnon | | rdrinnon@mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Andy Taylor | | ataylor@andytaylorlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Joe Sibley | | sibley@camarasibley.com | 8/20/2025 12:35:57 PM | SENT |
| David Thornton | | david@thorntonlawfirm.com | 8/20/2025 12:35:57 PM | SENT |
| Jennifer MacGeorge | | jmac@jlm-law.com | 8/20/2025 12:35:57 PM | SENT |
| Jim Wetwiska | | jwetwiska@akingump.com | 8/20/2025 12:35:57 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Travis Vargo
Bar No. 24047027
eservice@vargolawfirm.com
Envelope ID: 104616076
Filing Code Description: Motion (No Fee)
Filing Description: EMERGENCY MOTION TO CONFIRM ACTIVE STATUS OF RECEIVERSHIP, STRIKE MISLEADING FILINGS AND/OR FOR ZOOM STATUS CONFERENCE
Status as of 8/20/2025 1:44 PM CST

Case Contacts

| Name | | Email | Timestamp | Status |
|---|---|---|---|---|
| Jim Wetwiska | | jwetwiska@akingump.com | 8/20/2025 12:35:57 PM | SENT |
| Tammy Massa | | tmassa@mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| T. Michael Ballases | | Ballases@hooverslovacek.com | 8/20/2025 12:35:57 PM | SENT |
| Brice B.Beale | | Beale@hooverslovacek.com | 8/20/2025 12:35:57 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 8/20/2025 12:35:57 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 8/20/2025 12:35:57 PM | SENT |
| stanford scottboyd | | ssboyd@pattersonboyd.com | 8/20/2025 12:35:57 PM | SENT |
| Danielle Chester | | dchester@mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| David Clark | | dclark@mccathernlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Osama Abdullatif | | osama1966@sbcglobal.net | 8/20/2025 12:35:57 PM | SENT |
| Beth Mendez | | pbmendez@sbcglobal.net | 8/20/2025 12:35:57 PM | SENT |
| Ali Choudhri | | ali@jetallcapital.com | 8/20/2025 12:35:57 PM | SENT |
| Justin Rayome | | justin.rayome.law@gmail.com | 8/20/2025 12:35:57 PM | SENT |
| Mark Yablon | | service@yablonlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Linda Graham | | Graham@hooverslovacek.com | 8/20/2025 12:35:57 PM | SENT |
| Douglas Zimmerer | | doug@yablonlaw.com | 8/20/2025 12:35:57 PM | SENT |
| Dalio Holdings | | legal@jetallcompanies.com | 8/20/2025 12:35:57 PM | ERROR |
| Cameron Roth | | croth@akingump.com | 8/20/2025 12:35:57 PM | ERROR |
| Ali Choudhri | | ali@jetallcompanies.com | 8/20/2025 12:35:57 PM | ERROR |